_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

**Entered on Docket**
**April 23, 2014**

DAVID A. ROSENBERG
Nevada Bar No. 10738
U.S. BANKRUPTCY TRUSTEE
5030 Paradise RD., #B-215
Las Vegas, NV 89119
Telephone: (702) 405-7312
Fax: (702) 947-2244
darosenberg@7trustee.net

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In RE:

**JUAN C. PAULA**
**SUSANA DOMINGUEZ-DE PAULA**

Debtor.

Case No.: BK-S-11-10465 MKN
IN PROCEEDINGS UNDER CHAPTER 7

**ORDER GRANTING:**
*MOTION SEEKING AUTHORIZATION TO DISTRIBUTE NET PROCEEDS FROM SALE PURSUANT TO § 725 - REAL PROPERTY*

**[4218 OAK BAY WAY, NORTH LAS VEGAS, NV 89032]**

**DATE**: April 17, 2014
**TIME**: 11:00 a.m.

On April 17, 2014, a hearing was held before the Honorable Mike K. Nakagawa, Bankruptcy Court Judge, District of Nevada, in the above-captioned chapter 7 case upon the Trustee's *Motion Seeking Authorization to Distribute Net Proceeds From Sale Pursuant to § 725 - Real Property Located At 4218 Oak Bay Way, North Las Vegas, NV 89032* ("Motion").

There appearing no opposition as set forth in the recorded transcript of the hearing on the Motion, having given due consideration to the Motion, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Trustee's Motion to distribute the $125,423.12 of the Sale Proceeds is GRANTED.

**IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED** that;

A)     Trustee is authorized to distribute $125,423.12 to The Bank Of New York Mellon Fka The Bank Of New York As Trustee For The Certificateholders Of The Cwabs, Inc., Asset-Backed Certificates, Series 2005-6.

**DATED**: Friday, April 18, 2014.             Respectfully Submitted by:

                                                                 */s/ David A. Rosenberg*
                                                                 DAVID A. ROSENBERG
                                                                 **US BANKRUPTCY TRUSTEE**

**ALTERNATIVE METHOD RE: RULE 9021**

\_\_\_\_\_    The Court has waived the requirement of approval under L.R. 9021.

__x__    No parties appeared of filed written objections, and there is no other Trustee appointed in the case.

\_\_\_\_\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any Trustee appointed in this case, and each has approved or disapproved this order, or failed to respond, as indicated below: