# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: PAULA, JUAN C <br>     PAULA, SUSANA DOMINGUEZ-DE <br><br> Debtor(s) | §   Case No. 11-10465 <br> § <br> § <br> § |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 12, 2011. The undersigned trustee was appointed on January 12, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     145,789.65

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 12,330.14 |
| Bank service fees | 655.61 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 132,803.90 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 06/16/2011 and the deadline for filing governmental claims was 07/11/2011.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $10,539.48.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $2,500.00 as interim compensation and now requests the sum of $1,304.80, for a total compensation of $3,804.80.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $704.08, for total expenses of $704.08.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  10/02/2014            By: /s/David A. Rosenberg, Trustee
                   Trustee, Bar No.: 10738

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-10465  
**Case Name:** PAULA, JUAN C  
PAULA, SUSANA DOMINGUEZ-DE  
**Period Ending:** 10/02/14

**Trustee:** (480023) David A. Rosenberg, Trustee  
**Filed (f) or Converted (c):** 01/12/11 (f)  
**§341(a) Meeting Date:** 02/11/11  
**Claims Bar Date:** 06/16/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Home 4218 Oak Bay Way, Las Vegas,<br>  Order authorizing employment of real estate agent<br>for estate entered 7/12/2012 [Doc 22]<br>Motion to sell filed 1/29/2013 [Doc 32]<br>Opposition filed 02/26/2013 [Doc 39]<br>Withdrawal filed 5/15/2013 [Doc 41]<br>Amended notice of withdrawal filed 5/17/2013 [Doc 43] | 120,000.00 | 0.00 | | 140,241.35 | FA |
| 2 | Chase Checking Account Ending 7739<br>  No value to estate | 400.00 | 0.00 | | 0.00 | FA |
| 3 | Chase Savings Account Ending 7389<br>  No value to estate | 3,900.00 | 0.00 | | 0.00 | FA |
| 4 | Household Goods<br>  No value to estate | 2,500.00 | 0.00 | | 0.00 | FA |
| 5 | Wearing Apparel<br>  No value to estate | 250.00 | 0.00 | | 0.00 | FA |
| 6 | 2010 Tax Refund | 0.00 | 2,000.02 | | 3,147.95 | FA |
| 7 | 1999 Ford F-150 Approx 135,000 miles<br>  No value to estate | 4,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2002 Dodge Intrepid Approx 140,000 miles<br>  No value to estate | 3,500.00 | 0.00 | | 0.00 | FA |
| 9 | Preference Payment to Friend  (u) | 0.00 | 2,400.00 | | 2,400.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.35 | FA |
| 10 | **Assets    Totals** (Excluding unknown values) | **$134,550.00** | **$4,400.02** | | **$145,789.65** | **$0.00** |

**Major Activities Affecting Case Closing:**

  Approval of TFR by USTO
  Waiting for check to secured creditor to clear the bank
  04/24/14: Order Granting Disbursement Entered.
  3/18/14 - Motion to disburse proceeds
  1/23/2014 - Report of sale filed
  12/31/2013 - Order granting the sale of real property
  11/5/2013 - Motion to sell real property filed
  Waiting for distribution of proceeds order

Printed: 10/02/2014 10:26 AM    V.13.15

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-10465  
**Case Name:** PAULA, JUAN C  
PAULA, SUSANA DOMINGUEZ-DE  
**Period Ending:** 10/02/14

**Trustee:** (480023) David A. Rosenberg, Trustee  
**Filed (f) or Converted (c):** 01/12/11 (f)  
**§341(a) Meeting Date:** 02/11/11  
**Claims Bar Date:** 06/16/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** February 11, 2013  **Current Projected Date Of Final Report (TFR):** October 2, 2014  (Actual)

Printed: 10/02/2014 10:26 AM    V.13.15

Exhibit B

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-10465 | | Trustee: | David A. Rosenberg, Trustee (480023) |
|---|---|---|---|---|
| Case Name: | PAULA, JUAN C | | Bank Name: | The Bank of New York Mellon |
| | PAULA, SUSANA DOMINGUEZ-DE | | Account: | ****-******78-65 - Checking Account |
| Taxpayer ID #: | **-***3202 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/02/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/14/11 | {9} | Juan Paula | Acct #1; Payment #1; Stipulation payment | 1241-000 | 400.00 | | 400.00 |
| 04/12/11 | {9} | Juan C. Paula | Acct #1; Payment #2; FT payment | 1241-000 | 400.00 | | 800.00 |
| 04/19/11 | {6} | United States Treasury | 2010 refund check | 1124-000 | 3,147.95 | | 3,947.95 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 3,947.96 |
| 05/11/11 | {9} | Juan C Paula | Acct #1; Payment #3; Stipulation payment | 1241-000 | 400.00 | | 4,347.96 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,347.99 |
| 06/15/11 | {9} | Juan C. Paula | Acct #9; Payment #4 Stipulation payment | 1241-000 | 400.00 | | 4,747.99 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,748.02 |
| 07/15/11 | {9} | Juan Paula | Acct #9; Payment #5; Payment Per Stipulation | 1241-000 | 400.00 | | 5,148.02 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,148.06 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 0.71 | 5,147.35 |
| 08/11/11 | {9} | Juan C. Paula | Acct #9; Payment #6 | 1241-000 | 400.00 | | 5,547.35 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,547.39 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,522.39 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,522.43 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,497.43 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,497.47 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,472.47 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,472.51 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,447.51 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,447.55 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,422.55 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,422.59 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,397.59 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,372.59 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,347.59 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,322.59 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,297.59 |
| 06/08/12 | 1001 | David A. Rosenberg | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2012 FOR CASE #11-10465, Bond #016048576 Voided on 06/08/12 | 2300-000 | | 3.41 | 5,294.18 |
| 06/08/12 | 1001 | David A. Rosenberg | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2012 FOR CASE #11-10465, Bond #016048576 Voided: check issued on 06/08/12 | 2300-000 | | -3.41 | 5,297.59 |
| 06/08/12 | 1002 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 3.41 | 5,294.18 |

Subtotals :   $5,548.30   $254.12

{} Asset reference(s)

Printed: 10/02/2014 10:26 AM   V.13.15

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-10465
**Case Name:** PAULA, JUAN C
PAULA, SUSANA DOMINGUEZ-DE
**Taxpayer ID #:** **-***3202
**Period Ending:** 10/02/14

**Trustee:** David A. Rosenberg, Trustee (480023)
**Bank Name:** The Bank of New York Mellon
**Account:** ****-******78-65 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 06/08/2012 FOR CASE #11-10465, Bond #016048576 | | | | |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,269.18 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,244.18 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,219.18 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,194.18 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,169.18 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,144.18 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001048002388 20121213 | 9999-000 | | 5,144.18 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,548.30 | 5,548.30 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,144.18 | |
| | | | **Subtotal** | | 5,548.30 | 404.12 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,548.30** | **$404.12** | |

{} Asset reference(s)

Printed: 10/02/2014 10:26 AM     V.13.15

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-10465  
**Case Name:** PAULA, JUAN C  
PAULA, SUSANA DOMINGUEZ-DE  
**Taxpayer ID #:** **-***3202  
**Period Ending:** 10/02/14

**Trustee:** David A. Rosenberg, Trustee (480023)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 5,144.18 | | 5,144.18 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,134.18 |
| 01/21/13 | 11003 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/21/2013 FOR CASE #11-10465, Bond #016048576 | 2300-000 | | 3.90 | 5,130.28 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,120.28 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,110.28 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,100.28 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,090.28 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,080.28 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,070.28 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,060.28 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,050.28 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,040.28 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,030.28 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,020.28 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,010.28 |
| 01/06/14 | 11004 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 01/06/2014 FOR CASE #11-10465 | 2300-000 | | 4.60 | 5,005.68 |
| 01/23/14 | {1} | Stewart Title Company | Buyer's Premium | 1110-000 | 5,000.00 | | 10,005.68 |
| 01/29/14 | 11005 | David A. Rosenberg, Trustee | Claim allowed per Court Order entered 12/31/2013 [Doc 52] | 2100-000 | | 2,500.00 | 7,505.68 |
| 06/27/14 | | To Account #******4766 | TRANSFER FUNDS | 9999-000 | | 1,000.00 | 6,505.68 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.90 | 6,490.78 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.78 | 6,477.00 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.18 | 6,461.82 |
| 10/02/14 | | To Account #******4766 | Transfer Funds | 9999-000 | | 6,461.82 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 10,144.18 | 10,144.18 | $0.00 |
| Less: Bank Transfers | 5,144.18 | 7,461.82 | |
| Subtotal | 5,000.00 | 2,682.36 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $5,000.00 | $2,682.36 | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 11-10465
**Case Name:** PAULA, JUAN C
PAULA, SUSANA DOMINGUEZ-DE
**Taxpayer ID #:** **-***3202
**Period Ending:** 10/02/14

**Trustee:** David A. Rosenberg, Trustee (480023)
**Bank Name:** Rabobank, N.A.
**Account:** ******4766 - Checking Account - Exempt
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/23/14 | | Stewart Title Company | Proceeds from sale of real property | | | 125,423.12 | | 125,423.12 |
| | {1} | | Contract Sales Price | 135,000.00 | 1110-000 | | | 125,423.12 |
| | {1} | | County taxes | 241.35 | 1110-000 | | | 125,423.12 |
| | | | Commission to Realty One Group | -4,050.00 | 3510-000 | | | 125,423.12 |
| | | | Commission to Re/Max Extreme | -2,700.00 | 3510-000 | | | 125,423.12 |
| | | | Transaction fee | -375.00 | 2500-000 | | | 125,423.12 |
| | | | Closing fee | -350.00 | 2500-000 | | | 125,423.12 |
| | | | Title Insurance | -775.00 | 2500-000 | | | 125,423.12 |
| | | | Title work charge | -50.00 | 2500-000 | | | 125,423.12 |
| | | | Document fee | -200.00 | 2500-000 | | | 125,423.12 |
| | | | Recording fee | -43.00 | 2500-000 | | | 125,423.12 |
| | | | Property taxes | -688.50 | 2500-000 | | | 125,423.12 |
| | | | Sewer | -273.70 | 2500-000 | | | 125,423.12 |
| | | | Reimbursement | -313.03 | 3520-000 | | | 125,423.12 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 32.45 | 125,390.67 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 181.76 | 125,208.91 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 187.64 | 125,021.27 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 203.34 | 124,817.93 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 190.32 | 124,627.61 |
| 06/27/14 | | From Account #******0766 | TRANSFER FUNDS | | 9999-000 | 1,000.00 | | 125,627.61 |
| 06/27/14 | 101 | SPECIALIZED LOAN SERVICING LLC | Claim allowed per Court Order entered 4/23/14 [Doc 58] Stopped on 09/30/14 | | 4110-000 | | 125,423.12 | 204.49 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 183.71 | 20.78 |
| 07/17/14 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | | 2600-000 | | -898.18 | 918.96 |
| 09/30/14 | 101 | SPECIALIZED LOAN SERVICING LLC | Claim allowed per Court Order entered 4/23/14 [Doc 58] Stopped: check issued on 06/27/14 | | 4110-000 | | -125,423.12 | 126,342.08 |
| 10/02/14 | | From Account #******0766 | Transfer Funds | | 9999-000 | 6,461.82 | | 132,803.90 |
| | | | **ACCOUNT TOTALS** | | | 132,884.94 | 81.04 | **$132,803.90** |
| | | | Less: Bank Transfers | | | 7,461.82 | 0.00 | |
| | | | **Subtotal** | | | 125,423.12 | 81.04 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$125,423.12** | **$81.04** | |

{} Asset reference(s)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| **Case Number:** | 11-10465 | **Trustee:** | David A. Rosenberg, Trustee (480023) |
| --- | --- | --- | --- |
| **Case Name:** | PAULA, JUAN C | **Bank Name:** | Rabobank, N.A. |
| | PAULA, SUSANA DOMINGUEZ-DE | **Account:** | ******4766 - Checking Account - Exempt |
| **Taxpayer ID #:** | **-***3202 | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 10/02/14 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****-******78-65** | 5,548.30 | 404.12 | 0.00 |
| **Checking # ******0766** | 5,000.00 | 2,682.36 | 0.00 |
| **Checking # ******4766** | 125,423.12 | 81.04 | 132,803.90 |
| | $135,971.42 | $3,167.52 | $132,803.90 |

{} Asset reference(s)  

Printed: 10/02/2014 10:26 AM     V.13.15

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 16, 2011

**Case Number:** 11-10465
**Debtor Name:** PAULA, JUAN C

Page: 1

**Date:** October 2, 2014
**Time:** 10:27:12 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | David A. Rosenberg, Trustee<br>5030 Paradise Rd. STE 215B<br>Las Vegas, NV 89119 | Admin Ch. 7 | Claim allowed per Court Order entered 12/31/2013 [Doc 52] | $3,804.80 | $2,500.00 | 1,304.80 |
| 200 | David A. Rosenberg, Trustee<br>5030 Paradise Rd. STE 215B<br>Las Vegas, NV 89119 | Admin Ch. 7 | | $704.08 | $0.00 | 704.08 |
| BOND 200 | International Sureties, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Admin Ch. 7 | | $11.91 | $11.91 | 0.00 |
| BNYM 100 | SPECIALIZED LOAN SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>8742 LUCENT BLVD, SUITE 300<br>HIGHLANDS RANCH, CO 80129 | Secured | Claim allowed per Court Order entered 4/23/14 [Doc 58] | $125,423.12 | $0.00 | 125,423.12 |
| 1 610 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>RJM ACQUISITIONS, LLC AS ASSIGNEE OF<br>WELLS FARGO BANK,PO BOX 268850<br>OKLAHOMA CITY, OK 73126-8850 | Unsecured | | $230.96 | $0.00 | 230.96 |
| 2 610 | CENTRAL TELEPHONE COMPANY<br>DBA CENTURYLINK FDBA EMBARQ,C/O REX D.<br>RAINACH, APLC,3622 GOVERNMENT STREET<br>BATON ROUGE, LA 70806-5720 | Unsecured | | $239.17 | $0.00 | 239.17 |
| 3 610 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>T MOBILE/T-MOBILE USA INC<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124-8848 | Unsecured | | $513.82 | $0.00 | 513.82 |
| 4 610 | CAPITAL RECOVERY IV LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL 33131-1605 | Unsecured | | $2,595.01 | $0.00 | 2,595.01 |
| 5 610 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 12914<br>NORFOLK, VA 23541 | Unsecured | | $527.43 | $0.00 | 527.43 |
| 6 610 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 12914<br>NORFOLK, VA 23541 | Unsecured | | $2,796.63 | $0.00 | 2,796.63 |
| **<< Totals >>** | | | | 136,846.93 | 2,511.91 | 134,335.02 |

**TRUSTEE'S PROPOSED DISTRIBUTION**     Exhibit D

Case No.: 11-10465
Case Name: PAULA, JUAN C
Trustee Name: David A. Rosenberg, Trustee

**Balance on hand:**     $     132,803.90

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| BNYM | SPECIALIZED LOAN SERVICING LLC | 125,423.12 | 125,423.12 | 0.00 | 125,423.12 |

Total to be paid to secured creditors:     $     125,423.12
Remaining balance:     $     7,380.78

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David A. Rosenberg, Trustee | 3,804.80 | 2,500.00 | 1,304.80 |
| Trustee, Expenses - David A. Rosenberg, Trustee | 704.08 | 0.00 | 704.08 |
| Other Expenses: International Sureties, LTD. | 11.91 | 11.91 | 0.00 |

Total to be paid for chapter 7 administration expenses:     $     2,008.88
Remaining balance:     $     5,371.90

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $     0.00
Remaining balance:     $     5,371.90

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 5,371.90 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,903.02 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 77.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | 230.96 | 0.00 | 179.73 |
| 2 | CENTRAL TELEPHONE COMPANY | 239.17 | 0.00 | 186.12 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | 513.82 | 0.00 | 399.85 |
| 4 | CAPITAL RECOVERY IV LLC | 2,595.01 | 0.00 | 2,019.43 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 527.43 | 0.00 | 410.44 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 2,796.63 | 0.00 | 2,176.33 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 5,371.90 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**