UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: | ) Case No.: 11-10465-mkn |
| | ) |
| JUAN C PAULA | ) Chapter 7 |
| | ) |
| SUSANA DOMINGUEZ-DE PAULA | ) NOTICE OF UNCLAIMED FUNDS |
| | ) |
| Debtor: | ) Date: N/A |
| | ) Time: N/A |
| | ) |
| | ) |

Unclaimed funds requested by claimant Specialized Loan Servicing, LLC in the amount of $ 125,423.12 were returned to the U.S. Bankruptcy Court on November 13, 2018 because they were not able to apply the funds (receipt # 00235126).

Pursuant to Unclaimed Funds FRBP 3011, the following funds are being forwarded to United States Bankruptcy Clerk for deposit to Unclaimed Funds registry of The United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28. 2042.

| **Claimant & Address:** | **Claim#** | **Amount:** |
|---|---|---|
| Specialized Loan Servicing, LLC<br>8742 Lucent Blvd. Suite 300<br>Highlands Ranch, CO 80129 | BNYM | $125,423.12 |

Date: November 13, 2018

Mary A. Schott,
Clerk of Court

[Stamp: RECEIVED AND FILED NOV 13 2018 U.S. BANKRUPTCY COURT MARY A. SCHOTT, CLERK]



Loan Services

8742 Lucent Blvd, Suite 300 Highlands Ranch, CO 80129

P 720-241-7200
F 720-241-7218

Larry Spangler
Senior Vice President & Controller
Email: larry.spangler@sls.net

November 5, 2018

District of Nevada
U.S. Bankruptcy Court
Las Vegas, NV 89101

RE:   Specialized Loan Servicing LLC (EIN 33-1050584)
      Case #11-10465 – Funds Recovery – Juan & Susana De Paula

Specialized Loan Servicing LLC ("SLS"), a Delaware limited liability company was not able to apply the funds that were sent for Recovery in the amount of $125,423.12 on November 30, 2016, check number 00381681. In this envelope as well is a check back to District of Nevada in the amount of $125,423.12.

Sincerely,

*[signature]*

Larry Spangler

RECEIVED
AND FILED
NOV 1 3 2018
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK