NVB 3011 (Rev. 2/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−11−10465−mkn |
| JUAN C PAULA | CHAPTER 7 |
| SUSANA DOMINGUEZ−DE PAULA | |
| Debtor(s) | NOTICE OF DEFICIENCY ON MOTION TO PAY UNCLAIMED FUNDS |

The request for payment of Unclaimed Funds submitted by Juan C. Paula Sr, by Todd M. Leventhal, Esq. has been found deficient. The documents were received and filed with the U.S. Bankruptcy Court Clerk's Office. If the following deficiencies are remedied, an order will be forwarded to the judge.

\*   Other:  Applicant is not the Claimant listed on Notice of Unclaimed funds.

Unless otherwise noted, the original documentation has been filed and docketed. **Your request cannot be processed until this documentation is filed with the court.**

If you have any questions, contact the Unclaimed Funds Department at <u>Financial@nvb.uscourts.gov</u>.

Dated: 2/11/21

                                                             Financial Deputy Clerk